***E-Filed: November 26, 2014***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPHINE CLEMENTE, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br>   v.<br><br>MLSG, INC.; et al.,<br><br>         Defendants. | No. C14-03255 HRL<br><br>**ORDER TO SHOW CAUSE**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO MARCH 3, 2015** |

Josephine Clemente, proceeding pro se, filed this action on July 18, 2014. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until November 18, 2014 to serve the defendants. Plaintiff has failed to do so.

Plaintiff shall appear on **January 6, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiff shall file a Statement in response to this Order to Show Cause no later than **December 30, 2014**. The statement shall state (1) the status of Plaintiff's efforts to serve Defendants; and (2) how much additional time, if any, is needed to serve Defendants. If, however, Defendants are served before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

///

The case management conference, currently set for December 2, 2014, is continued to **March 3, 2015 at 1:30 pm** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113.

**IT IS SO ORDERED.**

Dated:  November 26, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-03255 HRL** N**otice will be mailed to:**

Josephine Clemente
3137 Cunningham Lake Court
San Jose, CA 95148

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**